

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Mario  Ortega v. Sandra Centeno Blanco

Appellate case number:   01-20-00728-CV

Trial court case number: 2019-49198

Trial court:              311th District Court of Harris County

      Appellant, Mario Ortega, has filed a third motion for a sixty-day extension of time in which to file his brief, which is currently due March 5, 2021.  Appellant's motion is **granted in part.**  Appellant's brief is due April 4, 2021. No further extensions will be granted.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____ _____
                               Acting individually

Date: <u>March 4, 2021</u>